CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
3405 Kenyon Street, Suite 502
San Diego, Ca 92110-5008
(619) 226-9010
Fax (619) 226-9030

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LOZANO,<br><br>Plaintiff,<br><br>v.<br><br>LEROY F. CANTERBURY, SHIRLEE A. CANTEBURY, as Trustees of the LEROY F. CANTERBURY 1991 TRUST, dated May 14, 1991, ALBERTA NICHOLS, JULIE MAC NICHOLS DAVIES, and DAVID L. BRYAN, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:05 CV 00779 WBS (DAD)<br><br>**REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

///

///

///

Plaintiff, through his attorney of record, hereby requests a continuance of the Scheduling Conference, currently scheduled for December 17, 2001 at 3:30 p.m. There has been no appearance as of yet by either defendant for this matter. Plaintiff requests additional time to allow for an appearance by defendants so that a productive discussion can be had at the conference.

Dated: _____          CENTER FOR DISABILITY ACCESS, LLP


By:_____
_____
Mark D. Potter
Russell C. Handy
Attorneys for Plaintiff

## **ORDER**

The Scheduling Conference is hereby continued from August 1, 2005 to September 12, 2005 at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 11, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE