CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
3405 Kenyon Street, Suite 502
San Diego, Ca 92110-5008
(619) 226-9010
Fax (619) 226-9030

Attorneys for Plaintiff  ENRIQUE LOZANO,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LOZANO,<br><br>    Plaintiff,<br><br>v.<br><br>LEROY F. CANTERBURY, SHIRLEE A. CANTEBURY, as Trustees of the LEROY F. CANTERBURY 1991 TRUST, dated May 14, 1991; WESTLODGE HOSPITALITY, INC., A Delaware Corporation, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 2:05 CV 00779 WBS (DAD)<br><br>**REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

///
///
///
///
///
///

Plaintiff, through his attorney of record, hereby requests a continuance of the Scheduling Conference, currently scheduled for September 12th at 9:00 a.m. There has been no appearance as of yet by either defendant for this matter.  Plaintiff requests additional time to allow for an appearance by defendants so that a productive discussion can be had at the conference. We are in the process of serving the 1st Amended Complaint to all Parties.


Dated: _____               CENTER FOR DISABILITY ACCESS, LLP



By:_____/s/ Mark D Potter_____
                Mark D. Potter
                Russell C. Handy
                Attorneys for Plaintiff

## **ORDER**

The Scheduling Conference is hereby continued to  November 7, 2005 at 9:00 am.

The parties shall file their joint status report 14 days prior to the status conference.


IT IS SO ORDERED.

Dated:  September 2, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE