| | |
|---|---|
| 1 | Cathy L. Arias, State Bar No. 141989 |
| 2 | Allyson E. Cook, State Bar No. 227214 |
|   | BURNHAM BROWN |
| 3 | A Professional Law Corporation |
|   | P.O. Box 119 |
| 4 | Oakland, California 94604 |
|   | --- |
| 5 | 1901 Harrison Street, 11th Floor |
|   | Oakland, California  94612 |
| 6 | Telephone:     (510) 444-6800 |
|   | Facsimile:     (510) 835-6666 |
| 7 | Attorneys for Defendant |
|   | W.W. LODGING, INC. |
| 8 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LOZANO, | No. 2:05 CV 00779 WBS (DAD) |
| Plaintiff, | **STIPULATION AND ORDER SUBSTITUTING PROPER NAME OF DEFENDANT** |
| v. | |
| LEROY F. CANTERBURY, SHIRLEE A. CANTERBURY, as Trustees of the LEROY F. CANTERBURY 1991 TRUST, dated May 14, 1991; WESTLODGE HOSPITALITY, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff Enrique Lozano ("Plaintiff") and W.W. Lodging, Inc. ("W.W. Lodging") that W.W. Lodging is the owner of the public facility located at 1101 H Street, Sacramento, California, which is the subject of this lawsuit. Accordingly, it is further stipulated that W.W. Lodging, Inc. should be substituted for Defendant Westlodge Hospitality, Inc. and that Westlodge Hospitality, Inc. should be dismissed.

///

///

///

1  Further, it is hereby stipulated that W.W. Lodging will file a response to Plaintiff's First
2  Amended Complaint within three days of the Court's Order Approving this Stipulation.

4  Dated: October __26__, 2005          CENTER FOR DISABILITY ACCESS, LLP

6                                        By___/s/_____
7                                          MARK D. POTTER
                                           Attorneys for Plaintiff
8                                          ENRIQUE LOZANO

9  DATED: October_25, 2005           BURNHAM BROWN

12                                       By___/s/_____
                                           CATHY L. ARIAS
13                                         Attorneys for Defendant
                                           WESTLODGE HOSPITALITY, INC.

**ORDER**

17     IT IS SO ORDERED.

18  Dated: October 27, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE