UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE LOZANO, | Case No.: 2:05 CV 00779 WBS (DAD) |
| Plaintiff, | **[Proposed} ORDER FOR PUBLICATION OF SUMMONS** |
| v. | **[CCP §415.50]** |
| LEROY F. CANTERBURY, SHIRLEE A. CANTEBURY, as Trustees of the LEROY F. CANTERBURY 1991 TRUST, dated May 14, 1991; WESTLODGE HOSPITALITY, INC., A Delaware Corporation, and DOES 1 through 10, inclusive | |
| Defendants. | |

Upon reading and consideration the Application of Plaintiff, ENRIQUE LOZANO, for an Order directing the publication of summons against Defendants LEROY F. CANTERBURY and SHIRLEE A. CANTEBURY, as Trustees of the LEROY F. CANTERBURY 1991 TRUST, dated May 14, 1991and the evidence presented in support thereof, and it satisfactorily appearing to the Court that said Defendant cannot be served with reasonable diligence in any other manner provided in

-1-

Sections 415.10 through 415.30 of the Code of Civil Procedure, and it also appearing that a good cause of action exists against said Defendant, or that it is a necessary party to this action, or that it has or claims an interest in the property which is the subject of this action and which is subject to the jurisdiction of this Court, and being fully advised,

**IT IS HEREBY ORDERED THAT**

(1) Service of summons in this action be made on Defendants LEROY F. CANTERBURY and SHIRLEE A. CANTEBURY by publication in the <u>The Metropolitan News Enterprise, Sacramento Bulletin</u> a newspaper of general circulation published in Sacramento, California, <u>and in another newspaper of general circulation in the San Diego, California area</u>, which are hereby designated as the newspapers most likely to give actual notice to said Defendants; and that said publication be made at least once a week for four consecutive weeks; and

(2) A copy of the summons and of the complaint and of the order for publication be mailed to Defendants LEROY F. CANTERBURY and SHIRLEE A. CANTEBURY in the event that their address is ascertained before the expiration of the time herein prescribed for publication of the Summons.

Dated: November 29, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Modified from the Proposal by:

CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
3405 Kenyon Street, Suite 502
San Diego, CA 92110-5008
(619) 226-9010
Fax: (619) 226-9030

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com