UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ENRIQUE LOZANO,

        Plaintiff,

    v.

LEROY F. CANTERBURY, SHIRLEE A. CANTERBURY, as Trustees of the LEROY F. CANTERBURY 1991 TRUST, dated May 14, 1991; WESTLODGE HOSPITALITY INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

        Defendants.

NO. CIV. S-05-0779 WBS DAD

----oo0oo----

## STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for December 19, 2005, and makes the following findings and orders without needing to consult with the parties any further:

I.   SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having

1 been shown under Fed. R. Civ. P. 16(b).

2         II.   JOINDER OF PARTIES/AMENDMENTS

3         No further joinder of parties or amendments to
4 pleadings is permitted except with leave of court, good cause
5 having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.
6 Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

7         III.   JURISDICTION/VENUE

8         Jurisdiction is predicated upon 28 U.S.C. § 1331
9 (federal question), § 1367 (supplemental jurisdiction), and 42
10 U.S.C. § 12101, et seq. (The Americans with Disabilities Act).
11 Venue is undisputed and is hereby found to be proper.
12 [if requested:

13         IV.   DISCOVERY

14         Plaintiff has served the initial disclosures required
15 by Fed. R. Civ. P. 26 (a)(1).

16         Defendants shall serve initial disclosures required by
17 Fed. R. Civ. P. 26 (a)(1) no later than on or before December 2,
18 2005.

19         All discovery is left open, save and except that it
20 shall be so conducted as to be completed by May 31, 2006. The
21 word "completed" means that all discovery shall have been
22 conducted so that all depositions have been taken and any
23 disputes relative to discovery shall have been resolved by
24 appropriate order if necessary and, where discovery has been
25 ordered, the order has been obeyed.  All motions to compel
26 discovery must be noticed on the magistrate judge's calendar in
27 accordance with the local rules of this court and so that such
28 motions may be heard (and any resulting orders obeyed) not later

1  than May 31, 2006.
2          V.   MOTION HEARING SCHEDULE
3              All motions, except motions for continuances,
4  temporary restraining orders or other emergency applications,
5  shall be filed on or before July 14, 2006.  All motions shall be
6  noticed for the next available hearing date.  Counsel are
7  cautioned to refer to the local rules regarding the requirements
8  for noticing and opposing such motions on the court's regularly
9  scheduled law and motion calendar.
10         VI.  FINAL PRETRIAL CONFERENCE
11             The Final Pretrial Conference is set for September 25,
12 2006 at 10:00 a.m.  The conference shall be attended by at least
13 one of the attorneys who will conduct the trial for each of the
14 parties and by any unrepresented parties.
15             Counsel for all parties are to be fully prepared for
16 trial at the time of the Pretrial Conference, with no matters
17 remaining to be accomplished except production of witnesses for
18 oral testimony.  Counsel shall file separate pretrial
19 statements, and are referred to Local Rules 16-281 and 16-282
20 relating to the contents of and time for filing those
21 statements.  In addition to those subjects listed in Local Rule
22 16-281(b), the parties are to provide the court with: (1) a
23 plain, concise statement which identifies every non-discovery
24 motion which has been tendered to the court, and its resolution;
25 (2) a list of the remaining claims as against each defendant;
26 and (3) the estimated number of trial days.
27             In providing the plain, concise statements of
28 undisputed facts and disputed factual issues contemplated by

1  Local Rule 16-281(b)(3)-(4), the parties shall emphasize the
2  claims that remain at issue, and any remaining affirmatively
3  pled defenses thereto.  If the case is to be tried to a jury,
4  the parties shall also prepare a succinct statement of the case,
5  which is appropriate for the court to read to the jury.
6          VII.   TRIAL SETTING
7          The trial is set for November 21, 2006 at 9:00 a.m. in
8  Courtroom No. 5.
9          VIII.  SETTLEMENT CONFERENCE
10         A Settlement Conference will be set at the time of the
11 Pretrial Conference.
12         All parties should be prepared to advise the court
13 whether they will stipulate to the trial judge acting as
14 settlement judge and waive disqualification by virtue thereof.
15         Counsel are instructed to have a principal with full
16 settlement authority present at the Settlement Conference or to
17 be fully authorized to settle the matter on any terms.  At least
18 seven calendar days before the Settlement Conference counsel for
19 each party shall submit a confidential Settlement Conference
20 Statement for review by the settlement judge.  If the settlement
21 judge is not the trial judge, the Settlement Conference
22 Statements shall not be filed and will not otherwise be
23 disclosed to the trial judge.
24         IX.    MODIFICATIONS TO SCHEDULING ORDER
25         Any requests to modify the dates or terms of this
26 Scheduling Order, except requests to change the dates of the
27 final Pretrial Conference or trial, may be heard and decided by
28 the assigned Magistrate Judge.  All requests to change the dates

1  of the Pretrial Conference and/or trial shall be heard and
2  decided only the undersign judge.
3  DATED:   December 1, 2005

　　　　　　　　　　　　　　　　_William B. Shubb_____
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE